**City of Chicago, Plaintiff-Appellee, v. Jacob Levy, Defendant-Appellant.**

**Gen. No. 47,890.** 

First District, Third Division.

May 25, 1960.

Jacob Levy, pro se, appellant; John C. Melaniphy, Corporation Counsel (Sydney R. Drebin and Edward E. Plusdrak, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE BRYANT. **Not to be published in full.**